IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYSHON LARON HALL**                                                                                           **PLAINTIFF**

v.                                           **Case No. 4:23-cv-00082-KGB**

**PULASKI COUNTY DETENTION CENTER**                                                     **DEFENDANT**

**ORDER**

When plaintiff Tyshon Laron Hall filed this lawsuit, he was in custody at the Pulaski County Detention Center ("PCDC") (Dkt. No. 1). On April 10, 2023, mail to Mr. Hall at the PCDC was returned undeliverable (Dkt. No. 22). As a result, the Court entered an Order to show cause requiring that Mr. Hall to inform the Court of his current contact information within 30 days of the entry of this Order (Dkt. No. 5). The Court notified Mr. Hall that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id*.). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Hall has not complied with or otherwise responded to the Court's June 2, 2025, Order, and the time for doing so has passed. Accordingly, the Court dismisses without prejudice Mr. Hall's complaint for failure to prosecute (Dkt. No. 1) and denies as moot the pending Recommended Disposition (Dkt. No. 3). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 3rd day of July, 2025.

Kristine G. Baker
Chief United States District Judge